UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA TRAVIS,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2022
```

22-CV-8640 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Moses. All motions and applications must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. The Court notes that, pursuant to Standing Order No. 16-MC-00171, dated April 20, 2016 (Standing Order) (entered in this action at Dkt. 3), the Commissioner is required to file the electronic certified transcript of the administrative proceedings (e-CAR), which shall constitute her answer, or move against the complaint, no later than 90 days after defendant is served with process in this action. The Court further notes that the Commissioner appeared on October 25, 2022 (Dkt. 6), thereby waiving service. Consequently, should the Commissioner wish to file a pre-answer motion, she shall do so no later than **January 23, 2023**.

    Pursuant to Judge Moses's individual practices, a paper courtesy copy of any motion to dismiss, as well as a paper courtesy copy of the e-CAR, if and when filed, must be delivered to chambers by mail, overnight courier, or hand delivery.

Dated: New York, New York
       November 21, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**