UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/28/2023
```

LINDA TRAVIS,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

22-CV-8640 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of plaintiff's request for "an extension of time to file a response memorandum to the dismissal action filed by the defendants on November 14, 2022" (Dkt. 32), which the Court construes as a request for an extension of time to respond to the Commissioner's motion to dismiss (Dkt. 26), which was filed on March 28, 2023.[1] Plaintiff's request is GRANTED to the extent that the deadline to file her papers in opposition to the motion to dismiss is hereby EXTENDED to **May 31, 2023**.

The Court reminds plaintiff that it would be helpful if, in her papers, she could provide clarification on certain aspects of the claims in her Amended Complaint, namely:

    (i)    What decision or determination of the SSA does plaintiff seek to challenge;

    (ii)    What was the date on which that decision or determination was made;

    (iii)    What efforts, if any, has plaintiff made to seek further consideration or review of that decision or determination within the SSA; and

    (iv)    If plaintiff sought further consideration or review, what further decision or determination did the SSA make, and on what date.

Defendant's reply memorandum, if any, shall be filed no later than **June 21, 2023**.

---

[1] The motion seeks dismissal of plaintiff's Amended Complaint (Dkt. 7), which was filed on November 14, 2022.

Plaintiff is further advised that she may choose to receive notification of documents filed in this case (such as motions and court orders) by e-mail instead of by regular mail. If plaintiff wishes to receive case information by e-mail, she must follow the instructions in the Consent and Registration Form, which is available on the website of the United States District Court for the Southern District of New York: https://nysd.uscourts.gov/prose.

If plaintiff wishes to request another paper copy of the Commissioner's motion papers, she may make that request directly to the Commissioner's attorney, Ms. Branagan. (*See* Dkt. 26.)

Dated: New York, New York  
      April 28, 2023

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**