**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LINDA M. TRAVIS,

                        Plaintiff,                          22 **CIVIL** 8640 (JMF)

      -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2024, the Report and Recommendation is ADOPTED in its entirety. This Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      February 8, 2024

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                          **Clerk of Court**
                               **BY:**      K. Mango

                                                         _____
                                                            **Deputy Clerk**